**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

INTELLECTUAL VENTURES I LLC and )
INTELLECTUAL VENTURES II LLC, )
                                )
            Plaintiffs,          )
                                )   C.A. No. 1:13-cv-00453-SLR
      v.                         )
                                )
TOSHIBA CORPORATION, TOSHIBA    )
AMERICA, INC., TOSHIBA AMERICA  )
ELECTRONIC COMPONENTS, INC. and )
TOSHIBA AMERICA INFORMATION     )
SYSTEMS, INC.                   )
                                )
            Defendants.          )

**DEFENDANTS TOSHIBA CORPORATION, TOSHIBA AMERICA, INC., TOSHIBA
AMERICA ELECTRONIC COMPONENTS, INC. AND TOSHIBA AMERICA
INFORMATION SYSTEMS, INC.'S MOTION FOR PARTIAL STAY
PENDING *INTER PARTES* REVIEW**

Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Electronic

Components, Inc., and Toshiba America Information Systems, Inc. (collectively, "Toshiba") by

and through their undersigned attorneys, respectfully request that the Court enter a partial stay of

proceedings pending resolution by the United States Patent and Trademark Office of Toshiba's

requested *inter partes* review of U.S. Patent Nos. 5,500,819, 5,687,132, 6,058,045 and

7,836,371. All of the relevant factors favor granting a stay: the IPRs will simplify the issues for

trial; the case is at its very early stage; and IV, a non-practicing entity, will not suffer any undue

prejudice from a stay.

Toshiba's motion is based on the accompanying opening brief, Declaration of Denise

Kraft, other papers of record in this action, and any other matter, evidence, or argument that the

Court may properly consider.

September 26, 2014

DLA PIPER LLP (US)

*Of Counsel:*

Mark D. Fowler (*Pro Hac Vice*)
Alan Limbach (*Pro Hac Vice*)
Timothy Lohse (*Pro Hac Vice*)
Brent Yamashita (*Pro Hac Vice*)
Aaron Wainscoat (*Pro Hac Vice*)
Carrie L. Williamson (*Pro Hac Vice*)
Saori Kaji (*Pro Hac Vice*)
Katherine Cheung (*Pro Hac Vice*)
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA  94303-2215
Telephone:  (650) 833-2048
Facsimile:   (650) 687-1138
mark.fowler@dlapiper.com
alan.limbach@dlapiper.com
timothy.lohse@dlapiper.com
brent.yamashita@dlapiper.com
aaron.wainscoat@dlapiper.com
carrie.williamson@dlapiper.com
saori.kaji@dlapiper.com
katherine.cheung@dlapiper.com

Gerald T. Sekimura (*Pro Hac Vice*)
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA  94105-2933
Telephone:    (415) 836.2576
Facsimile:     (415) 659.7476
gerald.sekimura@dlapiper.com

Brian Erickson (*Pro Hac Vice*)
**DLA PIPER LLP (US)**
401 Congress Avenue
Suite 2500
Austin, TX 78701-3799
Telephone:    (512) 457.7059
Facsimile:     (512) 721.2263
brian.erickson@dlapiper.com

   */s/ Denise S. Kraft*
Denise S. Kraft (Bar No. 2778)
Brian A. Biggs (Bar No. 5591)
1201 North Market Street, Suite 2100
Wilmington, DE  19801-3046
Telephone:  (302) 468-5700
Facsimile:   (302) 394-2341
denise.kraft@dlapiper.com
brian.biggs@dlapiper.com

*Attorneys for Defendants Toshiba
Corporation, Toshiba America, Inc., Toshiba
America Electronic Components, Inc. and
Toshiba America Information Systems, Inc.*

Kevin Hamilton *(Pro Hac Vice)*
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone:    (619) 699.2634
Facsimile:    (619) 764.6633
kevin.hamilton@dlapiper.com

Patrick Park *(Pro Hac Vice)*
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704
Telephone:    (310) 595.3113
Facsimile:    (310) 595.3413
patrick.park@dlapiper.com

## STATEMENT PURSUANT TO LOCAL RULE 7.1.1

Pursuant to Local Rule 7.1.1, I hereby certify that counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc. have made reasonable efforts to confer with counsel for Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Plaintiffs"), and that Plaintiffs oppose this motion.

Dated: September 26, 2014

**DLA PIPER LLP (US)**

_/s/ Denise S. Kraft_
Denise S. Kraft (DE No. 2778)
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
denise.kraft@dlapiper.com

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.*

WEST\237879077.1