**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>TOSHIBA CORPORATION, TOSHIBA AMERICA, INC., TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., and TOSHIBA AMERICA INFORMATION SYSTEMS, INC.,<br><br>        Defendants.<br><br>TOSHIBA CORPORATION and TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.,<br><br>        Counterclaim-Plaintiffs,<br>    v.<br><br>INTELLECTUAL VENTURES I LLC, INTELLECTUAL VENTURES II LLC, INTELLECTUAL VENTURES MANAGEMENT, LLC, INVENTION INVESTMENT FUND I, L.P., and INVENTION INVESTMENT FUND II, LLC,<br><br>        Counterclaim-Defendants. | C.A. No. 13-453-SLR-SRF<br><br>JURY TRIAL DEMANDED |

**<u>JOINT APPENDIX FOR CLAIM CONSTRUCTION BRIEFING</u>**

**Volume I of III**

WEST\261114428.2

# TABLE OF CONTENTS

**VOLUME I OF III**

| Tab | Document | Appendix Page |
|---|---|---|
| 1 | U.S. Patent No. 5,701,270 (Exhibit J1) | A000001 |
| 2 | U.S. Patent No. 5,568,431 (Exhibit J2) | A000014 |
| 3 | U.S. Patent No. 5,600,606 (Exhibit J3) | A000022 |
| 4 | U.S. Patent No. 5,829,016 (Exhibit J4) | A000036 |
| 5 | U.S. Patent No. 5,500,819 (Exhibit J5) | A000047 |
| 6 | U.S. Patent No. 7,836,371 (Exhibit J6) | A000055 |
| 7 | U.S. Patent No. 5,938,742 (Exhibit J7) | A000081 |
| 8 | U.S. Patent No. 6,618,788 B1 (Exhibit J8) | A000150 |
| 9 | U.S. Patent No. 5,701,270 File History (Exhibit J9) | A000172 |
| 10 | U.S. Patent No. 5,568,431 File History (Exhibit J10) | A000300 |
| 11 | U.S. Patent No. 5,600,606 File History (Exhibit J11) | A000416 |

**VOLUME II OF III**

| Tab | Document | Appendix Page |
|---|---|---|
| 12 | U.S. Patent No. 5,829,016 File History (Exhibit J12) | A000518 |
| 13 | U.S. Patent No. 5,500,819 File History (Exhibit J13) | A000651 |
| 14 | U.S. Patent No. 7,836,371 File History (Exhibit J14) | A000754 |

**VOLUME III OF III**

| Tab | Document | Appendix Page |
|---|---|---|
| 15 | U.S. Patent No. 5,938,742 File History (Exhibit J15) | A000952 |
| 16 | U.S. Patent No. 6,618,788 B1 File History (Exhibit J16) | A001366 |

Dated: September 11, 2015

**Of Counsel**:

Mark D. Fowler (*Pro Hac Vice*)
Alan Limbach (*Pro Hac Vice*)
Timothy Lohse (*Pro Hac Vice*)
Brent K. Yamashita (*Pro Hac Vice*)
Aaron Wainscoat (*Pro Hac Vice*)
Carrie L. Williamson (*Pro Hac Vice*)
Saori Kaji (*Pro Hac Vice*)
Katherine Cheung (*Pro Hac Vice*)
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA  94303-2215
Telephone:   (650) 833-2048
Facsimile:    (650) 687-1138
mark.fowler@dlapiper.com
alan.limbach@dlapiper.com
timothy.lohse@dlapiper.com
brent.yamashita@dlapiper.com
aaron.wainscoat@dlapiper.com
carrie.williamson@dlapiper.com
saori.kaji@dlapiper.com
katherine.cheung@dlapiper.com

Gerald T. Sekimura (*Pro Hac Vice*)
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA  94105-2933
Telephone:   (415) 836.2576
Facsimile:    (415) 659.7476
gerald.sekimura@dlapiper.com

Brian Erickson (*Pro Hac Vice*)
**DLA PIPER LLP (US)**
401 Congress Avenue
Suite 2500
Austin, TX 78701-3799
Telephone:   (512) 457.7059
Facsimile:    (512) 721.2263
brian.erickson@dlapiper.com

**DLA PIPER LLP (US)**

  /s/ Denise S. Kraft
Denise S. Kraft (Bar No. 2778)
Brian A. Biggs (Bar No. 5591)
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, DE  19801-3046
Telephone:   (302) 468-5700
Facsimile:    (302) 394-2341
denise.kraft@dlapiper.com
brian.biggs@dlapiper.com

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.*

Kevin Hamilton *(Pro Hac Vice)*
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone:   (619) 699.2634
Facsimile:    (619) 764.6633
kevin.hamilton@dlapiper.com

Patrick Park *(Pro Hac Vice)*
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704
Telephone:   (310) 595.3113
Facsimile:    (310) 595.3413
patrick.park@dlapiper.com

Daniel M. Wall *(Pro Hac Vice)*
Hanno F. Kaiser *(Pro Hac Vice)*
Sadik Huseny (*Pro Hac Vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:   (415) 391-0600
Facsimile:    (415) 395-8095
dan.wall@lw.com
hanno.kaiser@lw.com
sadik.huseny@lw.com

**CERTIFICATE OF SERVICE**

I, Denise S. Kraft, hereby certify that on this 11th day of September, 2015, I caused a true and correct copy of the foregoing **JOINT APPENDIX FOR CLAIM CONSTRUCTION BRIEFING - VOLUME I OF III** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to attorneys of record, and is available for viewing and downloading. I further certify that a copy was served on the following parties in the manner indicated:

**Via Electronic Mail**

Brian E. Farnan
Michael J. Farnan
Farnan LLP
919 North Market Street
12th Floor
Wilmington, DE 19801

John M. Desmarais
Jon T. Hohenthaner
Andrew Heinz
Sean T. Doyle
David R. O'Steen
Desmarais LLP
230 Park Avenue
New York, NY 10169

Robert E. Freitas
Daniel J. Weinberg
Rachel B. Kinney
Freitas Angell & Weinberg LLP
350 Marine Parkway, Suite 200
Redwood Shores, CA 94065

                                                      */s/ Denise S. Kraft*
                                                  Denise S. Kraft (I.D. No. 2778)